**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| GEORGE P. KELLY, ) | |
| ) | Case No. 18-14361-amc |
| Debtor. ) | |
| ) | |

## ORDER

Upon consideration of the Chapter 7 Trustee's Motion to Approve Settlement Agreement and Release ("Motion")[1] for an Order pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 approving the Settlement Agreement and Release between the Trustee and George P. Kelly attached to the Motion as Exhibit "A"; and the Court having reviewed the Motion; it appearing to the Court that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; it is hereby

ORDERED, the Motion is GRANTED; and it is further

ORDERED, the Trustee shall be, and hereby is, authorized to enter into the Agreement (as defined in the Motion); and it is further

ORDERED, the Agreement and the terms set forth therein shall be, and hereby are, APPROVED.

Dated: **November 14, 2018**

_____
**ASHELY M. CHAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.